Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia
## Division

RECEIVED
Mail Room
FEB - 6 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Audrey Clement

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The Washington Post

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 1:24-cv-00384 JURY DEMAND
Assigned To : Walton, Reggie B.
Assign. Date : 2/6/2024
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Audrey Clement |
| Address | 1530 North Longfellow Street, APT B |
| | Arlington, VA 22205 |
| | *City / State / Zip Code* |
| County | Arlington |
| Telephone Number | 5718308889 |
| E-Mail Address | aclement65@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Washington Post |
| Job or Title *(if known)* | |
| Address | 1301 K Street NW |
| | Washington, DC 20071 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                      *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                      *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of Age Discrimination Act of 1975, 42 U.S.C. 6101-6107

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Defendant, acting under the custom and usage of the newspaper industry, compelled plaintiff to report her age as a condition for publication of a candidate questionnaire, contrary to the Age Discrimination Act of 1975, 42 U.S.C. 6101-6107, which bars discrimination on the basis of age by entities that contract with the federal government.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

> Metropolitan Washington, DC and other areas where Washington Post is distributed and/or read

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

> October 25, 2021, the date of the Washington Post's publication of a story accusing me of misreporting my age on a candidate questionnaire. Since the online version of the story continues to surface near the top of Google searches on my name, the injury to my reputation and employment prospects is ongoing and persists to the present day.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. I was a candidate for Arlington County Board in the November 2, 2021 General Election. On Monday, October 25, 2021, following publication of the Washington Post's ["the Post"] local candidate questionnaires, I received a phone call from Teo Armus, the reporter who authored the questionnaire and Arlington's newly appointed beat reporter. Armus advised that a reader—who I subsequently learned was my opponent Mike Cantwell—had reported to him that I had lied about my age on the candidate questionnaire.

2. Armus demanded that I acknowledge for the record that I am a liar. This I refused to do, maintaining that the Post has no right to compel candidates to report their age, because age is a protected category under federal law just like race, ethnicity, sexual orientation and religious belief.

https://www.legalmatch.com/law-library/article/protected-classes-under-anti-discrimination-laws.html

3. I argued that protected information cannot be compelled except when the government itself claims an overriding interest. Yet the candidate form rejected any entry but a positive number, and it would not submit when I left the field blank. In this way the Post compelled me to report protected information or forfeit the opportunity to extend my candidate outreach effort to a wider audience.

4. Armus scoffed at my defense, claiming that readers have a right to know a candidate's age and that the practice of compelling it is widespread in the newspaper industry. Furthermore anti-discrimination laws apply only to employers, not newspapers.

5. Armus called me back later demanding that I confess to being a liar. Once more I refused, insisting that while the Post can ask for the information, it cannot compel it. Nevertheless the Washington Post published a story defaming me for misreporting age.

https://www.washingtonpost.com/dc-md-va/2021/10/25/arlington-county-board-audrey-clement/

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The effect of the Post's defamation of my character for misreporting my age in 2021 persists to this day, because Google searches routinely prominently display the link to the above-mentioned article whenever my name is entered as a search term. The Post's defamation of my character has negatively impacted my subsequent runs for public office, as well as employment prospects.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the Post to amend the online version of the article it published about me on 10/25/21 to prominently display a disclaimer stating that compelling political candidates to report their age is prohibited by 42 U.S.C.A. 6101-6107 for entities that contract with the federal government and pledging that it will in the future cease and desist from requiring political candidates to report such information.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 5, 2024

Signature of Plaintiff  *(signed)* Audrey Clement

Printed Name of Plaintiff   Audrey Clement

### B. For Attorneys