# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY CLEMENT,<br><br>  Plaintiff,<br><br>v.<br><br>THE WASHINGTON POST,<br><br>  Defendant. | Case No. 1:24-cv-00384-RBW |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion To Dismiss, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Entered: _____   _____

                                                                            Hon. Reggie B. Walton
                                                                            United States District Judge

**COPIES TO:**

Nicholas G. Gamse
Alexandra M. Gutierrez
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ngamse@wc.com

Audrey Clement
1530 Longfellow Street, APT B
Arlington, VA 22205
Telephone: (571) 830-8889
aclement65@hotmail.com